Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAYMOND FRYBERG, JR.,<br><br>Defendant. | NO. CR15-109JLR<br><br>FOURTH AMENDED GOVERNMENT'S EXHIBIT LIST |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Ye-Ting Woo and Bruce F. Miyake, Assistant United States Attorneys, files this Amended Exhibit List identifying each exhibit that the government may introduce at trial.

| Exhibit Number | Category | Description | Introduced | Admitted |
|---|---|---|---|---|
| | *Court Documents* | | | |
| 1 | | Temporary Order for Protection and Notice of Hearing, *Gobin v. Fryberg*, Tulalip Tribal Court, Case Number TUL-TRO-8/02-414, dated August 19, 2002 | | |
| 2 | | Temporary Order for Protection and Notice of Hearing, *Gobin v. Fryberg*, Tulalip Tribal Court, Case Number TUL-TRO-8/02-414, dated August 27, 2002 | | |

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit Number | Category | Description | Introduced | Admitted |
|---|---|---|---|---|
| 3 | | Return of Service for Temporary Order for Protection and Notice of Hearing, *Gobin v. Fryberg*, Tulalip Tribal Court, Case Number TUL-TRO-8/02-414, dated August 27, 2002 | | |
| 4 | | Order for Protection, *Gobin v. Fryberg*, Tulalip Tribal Court, Case Number TUL-TRO-8/02-414, dated September 10, 2002 | | |
| 5 | | Bench Warrant Quash, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TUL-Cr-MC-2012-0389, dated June 29, 2012 | | |
| 6 | | Order of Release, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TUL-Cr-MC-2012-0389, dated July 2, 2012 | | |
| 7 | | No Contest Plea Statement, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TUL-Cr-MC-2012-0389, dated September 10, 2012 | | |
| 8 | | Judgment & Sentence, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TUL-Cr-MC-2012-0389, dated September 10, 2012 | | |
| 9 | | Review Hearing Order, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TU-Cr-MC-2012-0389, dated March 17, 2013 | | |
| 10 | | Review Hearing Order, *Tulalip Tribes v. Fryberg*, Tulalip Tribal Court, Case Number TU-Cr-MC-2012-0389, dated April 17, 2013 | | |
| | *Firearms Transaction Reports* | | | |
| 11 | | Mossberg, Model 500, 12 gauge shotgun, serial number U208871 | | |
| 12 | | Beretta, Model PX4 Storm, .40 caliber, serial number CRB053485 | | |
| 13 | | BFI, Model Carbon-15, 5.56 NATO rifle, serial number CRB053485 | | |
| 14 | | DPMS, Model A-15, .223/5.56mm, rifle, serial number DNWC008485 | | |

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit Number | Category | Description | Introduced | Admitted |
|---|---|---|---|---|
| 15 | | Savage Arms, Model 93R17, .17 HMR rifle, serial number 2329758 | | |
| 16 | | Ruger, .280 caliber rifle, serial number 134-40664 | | |
| 17 | | Winchester, Model 70, .264 caliber rifle, serial number 35CZy12330 | | |
| 18 | | Tikka, Model T3, .300 caliber rifle, serial number 766476 | | |
| 19 | | Thompson Center, .308 caliber rifle, serial number U059663 | | |
| 20 | | Marlin, Model X-T17, .17 caliber rifle, serial number MM26481A | | |
| | *WA DOL* | | | |
| 21 | | Concealed Weapons Application | | |
| 22 | | Pistol Transfer Application | | |
| | *Search Evidence* | | | |
| 23 | | Beretta pistol box | | |
| 24 | | Cabela's receipt | | |
| 25 | | Firearms Safety handbook | | |
| | *Search photos* | | | |
| 26 | | Sketch of Fryberg residence | | |
| 27 | | Front of residence | | |
| 28 | | Master bedroom | | |
| 29 | | Master bedroom | | |
| 30 | | Master bedroom | | |
| 31 | | Master bedroom | | |
| 32 | | Master bedroom | | |
| 33 | | Gun case | | |
| 34 | | Gun case | | |
| 35 | | Gun safe | | |
| 36 | | Gun safe | | |
| 37 | | Gun safe | | |
| 38 | | Gun safe | | |
| 39 | | Gun safe | | |
| 40 | | Gun safe | | |
| 41 | | Beretta box | | |
| 42 | | Beretta box | | |
| 43 | | Beretta box | | |
| 44 | | Ammunition | | |
| 45 | | Ammunition | | |

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR  - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit Number | Category | Description | Introduced | Admitted |
|---|---|---|---|---|
| 46 | | Ammunition | | |
| | *Firearms and ammunition* | | | |
| 47 | | Mossberg, Model 500, 12 gauge shotgun, serial number U208871 | | |
| 48 | | Beretta, Model PX4 Storm, .40 caliber, serial number PX72254 | | |
| 49 | | BFI, Model Carbon-15, 56.56 NATO rifle, serial number CRB053485 | | |
| 50 | | DPMS, Model A-15, .223/5.56mm, rifle, serial number DNWC008485 | | |
| 51 | | Ruger, .280 caliber rifle, serial number 134-40664 | | |
| 52 | | Tikka, Model T3, .300 caliber rifle, serial number 766476 | | |
| 53 | | Thompson Center, .308 caliber rifle, serial number 766476 | | |
| 54 | | Marlin, Model X-T17, .17 caliber rifle, serial number MM26481A | | |
| 55 | | Winchester, Model 70, .264 caliber rifle, serial number 35CZy12330 | | |
| 56 | | Ammunition from safe in downstairs bedroom | | |
| 56A | | Ammunition from night stand in downstairs bedroom | | |
| 56B | | Ammunition from main bedroom | | |
| 57 | | Photos of seized firearms | | |
| | *Recordings* | | | |
| 58 | | Abridged recorded interview of Fryberg | | |
| 59A | | Abridged Transcript of interview | | |
| 59B | | Abridged Transcript of interview | | |
| 60 | | Audio Hearing of Court Proceeding on 9-10-02 | | |
| 60a | | Abridged Audio Hearing of Court Proceeding on 9-10-02 | | |
| 61 | | Audio Hearing of Court Proceeding on 6-29-12 | | |
| 62 | | Audio Hearing of Court Proceeding on 9-10-12 | | |
| | *Misc* | | | |
| 63 | | FBI Delay Notice | | |
| 64 | | Cabela E-4473 Screen Shots | | |
| 65 | | Firearms Transaction Record (ATF 4473) | | |

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR  - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit Number | Category | Description | Introduced | Admitted |
|---|---|---|---|---|
| 66 | | Pistol Transfer Application | | |
| 67 | | Street Corner Photos | | |
| 68A & B | | Video of Street Corner | | |
| 69 | | Firearms Nexus | | |
| 70 | | Summary of Superseding Indictment | | |
| 71 | | Thomas Guide Map Photos | | |
| 72 | | Rental Agreement | | |
| 73 | | WA Driver's License | | |

The United States reserves the right to amend this Exhibit List at any time prior to or during trial.

Dated this 2nd day of October, 2015.

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

*s/Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970, Fax: 206-553-4986
Email: Ye-Ting.Woo@usdoj.gov
        Bruce.Miyake@usdoj.gov

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
Fax:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

Government's Fourth Amended Exhibit List/
*United States v. Fryberg*, CR15-109JLR - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970